PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TRACY ARNETT,<br>DANIEL HOOKER,<br>SANDRO DUVAL, and<br>SHELINA BISSETT,<br><br>                              Defendants. | CASE NO. 2:24-cr-00068 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 27, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.     This matter currently is set for a status conference on May 28, 2024, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4]. ECF 6 (Hooker), 8 (Arnett), 28 (Duval and Bissett).

2.     By this stipulation, the parties request that this Court continue the status conference to August 27, 2024, at 9:30 a.m., and exclude time from May 28, 2024, through August 27, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.     The parties agree and stipulate, and request the Court find, the following:

       a)     The government has produced substantial discovery associated with this case that

includes investigative reports and related documents in electronic form totaling over 10 megabytes of data, including several video and audio recordings and surveillance photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)        Counsel for defendants' desire additional time to review the discovery, consult with their clients, review the current charges, conduct investigation and research related to those charges, and otherwise prepare for trial.

c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)        The government does not object to the continuance.

e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2024, to August 27, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//
//
//
//
//
//
//

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.


Dated:  May 22, 2024                              PHILLIP A. TALBERT
                                         United States Attorney


                                       /s/ MATTHEW THUESEN
                                       MATTHEW THUESEN
                                       WHITNEE GOINS
                                       Assistant United States Attorneys


Dated:  May 22, 2024                              /s/ MARK J. REICHEL
                                         MARK J. REICHEL
                                       Counsel for Defendant
                                       TRACY ARNETT


Dated:  May 22, 2024                              /s/ LINDA M. PARISI
                                         LINDA M. PARISI
                                       Counsel for Defendant
                                       DANIEL HOOKER


Dated:  May 22, 2024                              /s/ MICHAEL E. HANSEN
                                         MICHAEL E. HANSEN
                                       Counsel for Defendant
                                       SANDRO DUVAL


Dated:  May 22, 2024                              /s/ DANICA MAZENKO
                                       DANICA MAZENKO
                                       Counsel for Defendant
                                       SHELINA BISSETT

1

**ORDER**

2          Pursuant to the stipulation of the parties and good cause appearing, the status conference

3   previously scheduled in this case for May 28, 2024 is continued to August 27, 2024, at 9:30 a.m., and

4   time is excluded from May 28, 2024, through August 27, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv)

5   [Local Code T4].

6

7          IT IS SO ORDERED.

8   Dated:   **May 23, 2024**                    _Dale A. Drozd_____

9                                                DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28