MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TRACY ARNETT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>TRACY ARNETT, ET AL.<br><br>               Defendant. | CASE NO.  2:24-CR-00068 DAD<br><br>**AMENDED** STIPULATION TO RE SET STATUS CONFERENCE AND FOR EXCLUDABLE TIME PERIOD UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:  November 5, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By this stipulation, all parties now move to set a status conference date of November 5, 2024, and to exclude time from the date of this stipulation until November 5, 2024 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

2. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for some defendants are involved in state criminal trials at present.

    b) The government has produced substantial discovery associated with this case that includes investigative reports and related documents in electronic form totaling over 10 megabytes of data, including several video and audio recordings and surveillance photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    c) All Counsel for defendants believes that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2024, to November 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 23, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |

| | |
|---|---|
| Dated: August 23, 2024 | /s/ MARK J. REICHEL<br>MARK REICHEL<br>Attorney for defendant |
| Dated: August 23, 2024 | /s/ LINDA PARISI<br>LINDA PARISI<br>Attorney for defendant |
| Dated: August 23, 2024 | /s/ DANICA MAZENKO<br>DANICA MAZENKO<br>Attorney for defendant |
| Dated: August 23, 2024 | /s/ MICHAEL HANSEN<br>MICHAEL HANSEN<br>Attorney for defendant |

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for August 27, 2024, is continued to November 5, 2024, at 9:30 a.m. and time is excluded from the date of the parties' stipulation through November 5, 2024 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **August 23, 2024**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE