1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW THUESEN
   WHITNEE GOINS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:24-CR-00068 DC

                          Plaintiff,        STIPULATION REGARDING EXCLUDABLE
12                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                             FINDINGS AND ORDER
13              v.

                                             DATE: November 5, 2024
14 TRACY ARNETT,                             TIME: 9:30 a.m.
   DANIEL HOOKER,                            COURT: Hon. Dena Coggins
15 SANDRO DUVAL, AND
   SHELINA BISSETT,
16
                          Defendants.
17

18        The United States of America, by and through its counsel of record, and defendants, by and

19 through defendants' counsel of record, hereby stipulate as follows:

20        1.      This matter was set for a status conference on November 5, 2024, and time was excluded

21 under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local

22 Code T4].  This case was recently reassigned to the Honorable Dena Coggins.

23        2.      The parties now jointly request that this Court continue the status conference to

24 November 15, 2024, at 9:30 a.m., and exclude time from November 5, 2024 through November 15,

25 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

26        3.      The parties agree and stipulate, and request the Court find, the following:

27                a)      The government has produced substantial discovery associated with this case that

28 includes investigative reports and related documents in electronic form totaling over

approximately [2,000] pages, as well as several video and audio recordings and surveillance photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, conduct investigation and research related to those charges, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  November 5, 2024, to November 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2   IT IS SO STIPULATED.

3

4

5   Dated:  October 11, 2024                    PHILLIP A. TALBERT
                                                United States Attorney

6

7                                               /s/ WHITNEE GOINS
                                                WHITNEE GOINS
8                                               MATTHEW THUESEN
                                                Assistant United States Attorneys

9

10  Dated:  October 11, 2024                    /s/ MARK J. REICHEL
                                                MARK J. REICHEL
11                                              Counsel for Defendant
                                                TRACY ARNETT

12

13  Dated:  October 11, 2024                    /s/ LINDA M. PARISI
                                                LINDA M. PARISI
14                                              Counsel for Defendant
                                                DANIEL HOOKER

15

16  Dated:  October 11, 2024                    /s/ MICHAEL E. HANSEN
                                                MICHAEL E. HANSEN
17                                              Counsel for Defendant
                                                SANDRO DUVAL

18

19  Dated:  October 11, 2024                    /s/ DANICA MAZENKO
                                                DANICA MAZENKO
20                                              Counsel for Defendant
                                                SHELINA BISSETT

21

22

23

24          IT IS SO ORDERED.

25  Dated:  **October 16, 2024**

26                                              Dena Coggins
                                                United States District Judge

27

28