LINDA PARISI
Attorney for Daniel Hooker
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile:  (916) 441-1575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>DANIEL HOOKER<br><br>                      Defendant. | CASE NO.  2:2024-CR-00068-DC<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE:    February 21, 2025<br>TIME:    9:30 a.m.<br>COURT: Honorable Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew Thuesen, and defendant, Daniel Hooker by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on February 21, 2025.

2. By this stipulation, the defendant now moves to continue Judgement and Sentencing to March 28, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to consult with her client, review the probation report and prepare a Sentencing Memorandum.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into

1

account the exercise of due diligence.

  c) Defense counsel is currently involved in a jury trial in state court.

  d) The following proposed sentencing schedule is offered:

Judgment and Sentencing Date: March 28, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 1, 2025

The government and the Probation Officer do not object to the continuance.

IT IS SO STIPULATED.

Dated: February 7, 2025       */s/ LINDA M. PARISI*
                 LINDA M. PARISI
                 Counsel for HOOKER

Dated: February 7, 2025       PHILLIP A. TALBERT
                 United States Attorney

                 /s/ MATTHEW THUESEN
                 MATTHEW THUESEN
                 Assistant U.S. Attorney

# FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the Judgement and Sentencing date of February 21, 2025, is VACATED and RESET for March 28, 2025, at 9:00 a.m.

It is further ORDERED that the Pre-Sentencing Investigation Report briefing schedule is MODIFIED as follows: any formal objections to or motions for correction of the Report shall be filed no later than March 7, 2025, and oppositions or statements of non-opposition to any such formal objections to or motions for correction of the Report shall be submitted no later than March 14, 2025.

IT IS SO ORDERED.

Dated:  **February 10, 2025**

Dena Coggins
United States District Judge