LINDA PARISI
Attorney for Daniel Hooker
SBN 84247
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DANIEL HOOKER<br>                Defendant. | CASE NO. 2:24-CR-00068-DC-2<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   March 28, 2025,<br>TIME:   9:30 a.m.<br>COURT: Honorable DENA COGGINS |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew Thuesen, and defendant, Daniel Hooker by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on March 28, 2025,

2. By this stipulation, the defendant now moves to continue the Judgement and Sentencing until April 18, 2025,

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to consult with her client, review the probation report.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective presentation.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c)  Defense counsel has a potential conflict with time for review with her client in that she has been in a jury trial and is preparing for another jury trial. The government and the Probation Officer do not object to the continuance.

IT IS SO STIPULATED.

Dated:  March 21, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  March 21, 2025

/s/ LINDA PARISI
LINDA PARISI
Counsel for Defendant
DANIEL HOOKER

### FINDINGS AND ORDER

The court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Accordingly, the Judgement and Sentencing Hearing set for March 28, 2025 is VACATED and RESET for April 18, 2025, at 9:00 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.  It is FURTHER ORDERED that all briefing relevant to the April 18, 2025 Sentencing Hearing shall be filed no later than April 10, 2025.

IT IS SO ORDERED.

Dated:  **March 24, 2025**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2